UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

JEAN JOSEPH,

                                     Plaintiff,

              -against-

CITY OF NEW YORK, GENEE PARKER, Individually,
EDWARD FOGARTY, Individually, "JOHN" O'BRIEN,
Individually, and JOHN and JANE DOE 1 Through 10,
individually and in their official capacities, (the names John
and Jane Doe being fictitious, as the true names are presently
unknown),

                                     Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-5048 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Leventhal and Klein, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
Brett Klein, Esq.
*Attorney for Plaintiff*

Dated: Brooklyn, New York
Feb. 26, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Parker*
100 Church Street, Rm. 3-142
New York, New York 10007

By: _____
Brian Francolla
*Senior Counsel*

SO ORDERED:

Digitally signed by Brian M. Cogan

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE